| | |
|---|---|
| **ADAM SINDELL,**                    ) | |
|     **Plaintiff,**                    ) | |
|  v.                                        ) | **CIVIL ACTION FILE NO.:** |
|                                       ) | |
| **LATONYA COACH,** *et al.,*     ) | **5:22-cv-00365-CAR** |
|     **Defendants.**              ) | |

# POST-INCIDENT PHOTOS







