**ADAM SINDELL,**
**Plaintiff,**
**v.**

**LATONYA COACH,** ***et al.*****,**
**Defendants.**

**CIVIL ACTION FILE NO.:**
**5:22-cv-00365-CAR**

# MEDICAL EVALUATION RECORDS

## Order — 06-30-2020 Tue 03:18 PM

**SINDELL, ADAM HARLEN** | **Epic# 019074** | **Gender: Male** | **DOB 04-30-1975**

| Field | Value |
|---|---|
| **Order:** | Hourly Neurological Assessment |
| **Instructions:** | Patient is to be assessed every hour. If condition warrants more assessment, see patient every 15 minutes.<br>Observation Guidelines - BE ALERT FOR:<br>1. Change in level of responsiveness<br>2. Lethargy, slowing of speech;<br>3. Sudden changes (ie - quiet to restless, orientation to confusion)<br>4. Changes in vital signs: Pulse < 60 or > 100; slow or irregular resp; rising BP or widening pulse pressure;<br>5. Moderately elevated temperature<br>6. Headache<br>7. Vomiting<br>8. Pupillary changes |
| **Status:** | Completed |
| **Entered by:** | SRICE |
| **Approval Status:** | Pending |
| **Approved/Rejected by:** | |
| **Approved/Rejected on:** | |
| **Requested Start Date:** | Tue 06-30-2020 |
| **Requested Start Shift:** | STAT |
| **Requested End Date:** | Tue 06-30-2020 |
| **Requested End Shift:** | STAT |
| **Actual Start Date:** | Tue 06-30-2020 |
| **Actual Start Shift:** | STAT |
| **Actual End Date:** | Tue 06-30-2020 |
| **Actual End Shift:** | STAT |
| **Renewal Date:** | |
| **Assigned to:** | |
| **Requesting Provider:** | Rice, Sandra |
| **Supervising Department:** | Medical |
| **Implementation Department:** | Medical |
| **Verbal Order?:** | No |
| **Facility:** | Houston County Detention Center |
| **Discontinued by:** | |
| **Comments:** | |

| Encounter | | | | 06-30-2020 Tue 02:41 PM |
|---|---|---|---|---|
| SINDELL, ADAM HARLEN | | Epic# 019074 | Gender: Male | DOB 04-30-1975 |

| | |
|---|---|
| Dictation: | Called to L POD for an assessment after use of force, entered L POD observed IM lying on Left side, holding head, crying with small amount of blood noted to floor and around IM mouth. IM wouldn't answer questions. Officers reported seizure like activity after IM slide to floor during use of force, general assessment complted, ok for IM to move to medical for a more thorough assessment. IM assisted into w/c and wheeled to medical, as he was being wheeled into medical IM begins to scream out "I haven't done nothing, leave me alone as he was sliding out of w/c onto the floor. officers assisted IM off floor on into medical onto exam table, more thorough assessment completed by Jeannie Vaughn, LPN DHS. VS obtained and stable noted. I located in medical at this time for observation. |
| Vitals: | Blood Pressure: 148/86<br>Temperature: 99.9<br>Pulse: 114<br>Pulse Oxygen: 99<br>Respirations: 20 |
| Condition Related To: | |
| Dates: | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| Diagnosis: | |
| Procedures: | |
| Providers: | Attending Provider: Rice, Sandra, , ID |
| Facility: | Houston County Detention Center |
| Encounter Type:> | |

Duplicated by counsel for ease of reading:

Called to L pod for an assessment after use of force, entered L pod observed inmate lying on left side, holding head, crying with small amount of blood noted to floor and around inmate mouth. Inmate wouldn't answer questions. Officers reported seizure like activity after inmate [slide?] to floor during use of force, general assessment completed, OK for inmate move to medical for a more thorough assessment. Inmate assisted into [wheelchair] and wheeled to medical, as he was being wheeled into medical inmate begin to scream out "I haven't done nothing, leave me alone["] as he was sliding out of [wheelchair] onto the floor. Officers assisted inmate off floor on into medical onto exam table, more thorough assessment completed by Jeannie Vaughn LPN DHS. [Vitals] obtained and stable noted. Inmate located in medical at this time for observation.

**Order** — **06-30-2020 Tue 03:13 PM**

**SINDELL, ADAM HARLEN** — **Epic# 019074** — **Gender: Male** — **DOB 04-30-1975**

| Field | Value |
|---|---|
| Order: | Verbal Order - Medical |
| Instructions: | Called Dr Wrobel and received verbal order over phone.<br><br>PHENYTOIN SOD EXT, 100MG #270, Sig: Take 3 Capsules by mouth 1 time per day for 90 days<br>Neuro checks<br>House in medical for OBS. |
| Status: | Pending |
| Entered by: | ADMINJV |
| Approval Status: | Pending |
| Approved/Rejected by: | |
| Approved/Rejected on: | |
| Requested Start Date: | Tue 06-30-2020 |
| Requested Start Shift: | |
| Requested End Date: | Tue 06-30-2020 |
| Requested End Shift: | |
| Actual Start Date: | |
| Actual Start Shift: | |
| Actual End Date: | |
| Actual End Shift: | |
| Renewal Date: | |
| Assigned to: | |
| Requesting Provider: | Vaughan, Jeanne |
| Supervising Department: | Medical |
| Implementation Department: | Medical |
| Verbal Order?: | No |
| Facility: | Houston County Detention Center |
| Discontinued by: | |
| Comments: | |

# PROVIDER EXAMINATION SHEET

| | | | |
|---|---|---|---|
| Date 7/1/20 | Name: Sindell, Adam | DOB: | Incarceration Date: 5/28/20 |
| Time | Race: B W H A Other | Sex: M F T | ID #: |

Reason for Visit: r/v after use of force – "officer slammed me to the ground yesterday morning.
HPI/ROS

LMP G T Pt A L EDC EGA

PMH/PSH NIDDM HTN CAD COPD Asthma Bipolar Schizo Depression Other:

ETOH: Drugs: Tobacco: PPD Status:

Allergies:

Current Medications:
1 Dilantin 300mg q AM
2 Ibuprofen 400mg bid
3
4
5
6

PE: T 98.7 P 67 R 16 BP 118/87 BS 02 Sat 99 Wt 182

| | |
|---|---|
| General | WN WD NAD Appears Well – Ill – Chronically Ill – Toxic B W H A O Male Female |
| Skin | Warm Dry Color Normal Turgor Elastic |
| HEENT | NC AT PERL EOM BTM's gray, shiny, + LR MMM OP clear |
| Neck | Supple FROM NT MLT JVD Nodes Bruits Meningismus |
| Resp/Thorax | CTA CWI =BCE Rales Rhonchi Wheezes Diminished |
| Cardiovascular | S1 S2 RRR S3 S4 Murmur Rub PMI ND CRT<2secs Pulses 2+ EKG |
| Abdomen | Soft NT ND ABS – HyperABS – HypoABS Tender: Suprapubic RCVA LCVA RUQ LUQ RLQ LLQ Guarding Rebounding Organomegaly Bruits Masses Hernia |
| GU | Ext genitalia WNL Vaginal vault pink, moist, rugae Rashes Lesions Malodor D/C |
| Rectal | Normal tone Guaiac +/- Hemorrhoids Deen F.H. |
| MS/Extremities | MAEW FROM MSS 5/5 Rashes Lesions Clubbing Cyanosis Edema mild swelling (R) hand. |
| Neurologic | A/O X 3 SMVI DTRs 2+ = symmetrical No gross focal deficit CN II-XII Memory intact Speech clear Gait steady Cerebellar intact GCS:E4 +V5 +M6 = |

PSYCH: S I G E C A P S SAD ____ CIWA ____ COWS ____

HPI "they pulled me out my cell telling me I was having a seizure."
IM won't answer my question if he has seizures at home, or being followed for seizures.
Repeats pain to neck – no neuropathy, no weakness to UE.
He refused neuro √'s last PM
drader happen yesterday AM
Pain to hand – hurts to move.

CLINICAL IMPRESSIONS: 1) neck pain after injury 2) seizure disorder

PLAN: 1) X-ray of neck + hand – C-spine, 3 view (R) hand
2) Motrin 800mg ī po bid x 14d, new
3) 24 hours in medical

PATIENT EDUCATION: recom. to IM he take his seizure medication
☑ Hydration ☑ Hygiene □ Smoking □ Diet

FOLLOW UP: 1 wk

DISCHARGE PLAN
Release Date: Unknown / Probable
Community Follow Up with: PCP

Noted JWest 7-1-20

SCM SOUTHERN CORRECTIONAL MEDICINE

| Name: Sindell, Adam | DOB: | ID #: |
|---|---|---|

| MENTAL HEALTH EXAMINATION | |
|---|---|
| Physical Appearance | Self-Care versus Self-Neglect |
| Attitude toward Examiner & Interview | Friendly / Seductive / Evasive / Defensive / Guarded / Eye Contact (Yes No) |
| Motor Development / Activity | Gross & Fine Motor WNL / Gestures / Twitches / Agitation / Hyperactivity / Hypoactivity / Combative |
| Speech / Language | WNL / Rapid / Slow / Pressured / Hesistant / Dramatic / Monotonous / Whispered / Slurred / Staccato / Mumbled / Stuttering / Loud / Threatening / Profanity / Non-Verbal |
| Mood | Pleasant / Cooperative / Depressed / Despairing / Irritable / Anxious / Angry / Hostile / Frustrated / Euphoric / Empty / Perplexed / Labile / Tearful |
| Affect | WNL / Constricted / Blunted / Flat |
| Content of thought | WNL / Obsessions / Fears / Worries / Griefs / Fantasies / Delusions |
| Suicide / Homicide | Not Suicidal or Homicidal / Ideas / Plans / Attempts / Visual / Auditory |
| Flow of Thought | Goal directed / Tangential / Bizarre / Loose Associations / Circumstantial / Rambling / Evasive |
| Attention / Concentration | Able to focus during interview. Disturbance of mood, thought, or consciousness |
| Memory | Remote: nl Recent: nl Recall: nl<br>Efforts to cope with memory loss? Confabulation / Denial / Concern |
| Alertness / Orientation | Oriented to: Time / Place / Person / Circumstance<br>Alert / Clouding / Somnolence / Stupr / Coma / Lethargic / Fugue State |
| Insight & Judgement | Ability to perceive current situation and respond realistically |
| Future Plans | Future Plans |

Notes:

SIGNATURE [signature] DATE 7/1/20

SOUTHERN CORRECTIONAL MEDICINE