IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ADAM SINDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 5:22-CV-00365-CAR |
| LATONYA COACH, et. al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF FILING ELECTRONIC DISCOVERY**

COME NOW LATONYA COACH, JACOB CLECKNER, and KYLE BOERGER, Defendants in the above-styled civil action, and files the following electronic media:

1. Defendants' Motion for Summary Judgment videos.

These exhibits were not filed electronically because the size was too large to e-file. These will be served manually on all parties.

Respectfully submitted, this 14th day of August, 2023.

                                               WILLIAMS & WAYMIRE, LLC

                                               */s/ Jason C. Waymire*
                                               JASON C. WAYMIRE
                                               Georgia State Bar No. 742602
Bldg. 400, Suite A                       Attorney for Defendants
4330 South Lee Street
Buford, GA 30518
(678) 541-0790
(678) 541-0789(f)
jason@wmwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the within and foregoing DEFENDANTS' NOTICE OF FILING ELECTRONIC MEDIA on all parties via U.S. Mail and/or the Court's electronic filing system, as follows:

Jordan Johnson
Jessica Burton
5 Dunwoody Park
Suite 100
Atlanta, GA 30338

This 14th day of August, 2023.

                              WILLIAMS & WAYMIRE, LLC

                              */s/ Jason C. Waymire*
                              JASON C. WAYMIRE
                              Georgia Bar No. 742602

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA  30518
678-541-0790
678-541-0789
jason@wmwlaw.com