IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ADAM SINDELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 5:22-cv-00365-TES |
| LATONYA COACH, et al., | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Fed. R. App P. 3, notice is hereby given that Plaintiff hereby appeals from the entirety of the Order entered on September 26, 2024 in the Middle District of Georgia, Macon Division, which granted Defendants' Motion for Summary Judgment. That Order acted as a final judgment by dismissing all federal claims in the matter. Plaintiffs request that this appeal be heard by the United States Court of Appeals for the 11th Circuit.

Respectfully Submitted, this 23rd day of October, 2024.

/s/ Jessica Burton
Jordan Johnson
Georgia State Bar No. 673643

Jessica Burton
Georgia State Bar No. 916253

1

Attorneys for Plaintiff

Bernard & Johnson, LLC
5 Dunwoody Park
Suite 100
Atlanta, GA  30338
404.477.4755
404.592.9089 (Fax)
Alex@Justice.Law
Jessica@Justice.Law

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024 I electronically filed this Notice of Appeal using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record in this matter.

                                        /s/ Jessica Burton
                                        Jordan Johnson
                                        Georgia State Bar No. 673643
                                        Attorney for Plaintiff

Bernard & Johnson, LLC
5 Dunwoody Park
Suite 100
Atlanta, GA  30338
404.477.4755
404.592.9089 (Fax)
Alex@Justice.Law
Jessica@Justice.Law